Kavon MCCALLISTER, Petitioner—
Appellant,

v.

Al HAYNES, Warden, Respondent—
Appellee.

No. 04–7334, 04–7335.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 22, 2004.

Kavon McCallister, Appellant pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kavon McCallister, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCallister v. Haynes*, No. CA–03–137–1; CA–03–214–1 (N.D.W. Va. July 14, 2004). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*